

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| MARCELO MAILLAND, | § | No. 08-19-00063-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS | § | of El Paso County, Texas |
| State. | § | (TC# 20160D04232) |
| | § | |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **February 7, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before February 7, 2020.

IT IS SO ORDERED this 13th day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.